

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2022

No. 04-22-00321-CR

**EX PARTE** Lee E. **COLLINS**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
            Beth Watkins, Justice
            Lori I. Valenzuela, Justice

On August 1, 2022, relator filed a petition for writ of error coram nobis. We construe relator's filing as a motion for rehearing. *See Garza v. Garcia*, 137 S.W.3d 36, 38 (Tex. 2004). Pursuant to Texas Rule of Appellate Procedure 49.1, "[a] motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered." TEX. R. APP. P. 49.1. Relator's petition was filed 53 days after our June 8, 2022 opinion that denied his writ of habeas corpus. Accordingly, the petition for writ of error coram nobis is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 4, 2022.

PER CURIAM

ATTESTED: _____
           MICHAEL A. CRUZ, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CR-6535, styled *State of Texas v. Lee E. Collins*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.